UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
GRAND JUNCTION DIVISION

LUIS CARRANZA,

    Plaintiff,

v.                                                    CASE NO.:  1:22-cv-00121-DDD

HIGHLANDS PIZZA COMPANY, LLC,
and KEVIN JOSEPH,

    Defendants.                              /

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, LUIS CARRANZA, by and through his undersigned counsel, pursuant to Federal Rule of Civil Procedure 41, hereby files this Notice of Voluntary Dismissal without prejudice in the above-styled cause.

Dated this 15th day of April, 2022.

/s/ C. RYAN MORGAN
C. Ryan Morgan, Esq.
FBN 0015527
Morgan & Morgan, P.A.
20 N. Orange Avenue
Suite 1500
Orlando, FL 32801
Telephone: (407) 420-1414
Facsimile: (407) 245-3401
Email:       RMorgan@forthepeople.com
Attorneys for Plaintiff

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 15, 2022, a true and correct copy of the foregoing has been filed with the Clerk of the Court using the E-Portal Filing System, which will serve all counsel of record.

/s/ C. RYAN MORGAN
C. Ryan Morgan, Esq.